IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLARK LANDIS, et al.,

        Plaintiff,

vs.

WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT, et al,

        Defendants.

NO. 2:18-cv-01512-BJR

**DECLARATION OF KAYLA BROWN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, KAYLA BROWN, hereby declare as follows,

1. I am over the age of 18 and competent to testify on the matters stated herein.

2. I declare the following information:

3. I am limited in the major life activity of walking and I currently use a motorized wheelchair for mobility.

4. I am a long-time Mariner's fan and I generally attend 1-2 games a season.

5. I attended a game at T-Mobile Park on May 6, 2018, and attended a game in the 2019 season.

BROWN DECLARATION ON SUPPORT OF MSJ - 1
2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

6. I have purchased tickets for wheelchair accessible seats at the rear of the 100 level and my view of the field is obstructed by the shoulders and heads of standing spectators directly in front of me as well as the heads of people standing two rows in front of me.

7. If sightlines are improved in the seats at the rear of the 100 level I will purchase tickets in that area and sit there.

8. From the wheelchair accessible seats at the rear of the 100 level seating at T-Mobile Park my views of the sun, sky, fly balls, home run fireworks, and the scoreboard have been partially or fully obscured.

9. I have never had the opportunity to catch a fly ball at T-Mobile Park from the accessible seating or any other part of the stadium I am able to access.

10. If wheelchair accessible seats are made available closer to the field on the 100 level, including in the outfield sections, I will purchase those tickets and sit in those locations.

11. I have experienced many hazardous bumps, cracks, and ledges traveling throughout the stadium, particularly in "The 'Pen" area.

12. I have had to cross multiple expansion joints in order to reach my wheelchair accessible seats, and the abrupt jolt wheelchairs receive when crossing expansion joints feels jarring and would be dangerous under certain circumstances. I am forced to fill my beverage cups only ¾ full in order to prevent spillage when crossing expansion joints.

13. I have had no way to reach my seating locations without crossing expansion joints.

14. Some lines for concession vendors are set up to be too narrow for me to access the vendor in my wheelchair. The last place I remember a line set up too narrow was near the bullpen rea.

BROWN DECLARATION ON SUPPORT OF MSJ - 2
2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

15. I have not been to Edgar's Cantina, but I am aware that the lift is potentially dangerous and that there is no wheelchair accessible dining tables or counters with field views. I will go to Edgar's Cantina when there is a safe and functioning lift and accessible seating with views of the field. My mother likes to go there and I would like to go there with her.

16. If a wheelchair accessible route into the dugout was available for a tour or other public event I would certainly be excited to enter the dugout.

17. I like to watch the game from the bullpen area and am unable to see over or use the guardrail counters by the bullpen.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and belief.

DATED 5/20/2019

*Kayla Brown*

Kayla Brown

BROWN DECLARATION ON SUPPORT OF MSJ - 3
2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

## CERTIFICATE OF SERVICE

I, Michael Terasaki, hereby certify under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

Signed at Seattle, Washington this 20th day of May, 2019.

s/Michael Terasaki
Michael Terasaki

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558
terasaki@wacda.com

BROWN DECLARATION ON SUPPORT OF MSJ - 4
2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558