IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLARK LANDIS, et al.,

                Plaintiff,

     vs.

WASHINGTON STATE MAJOR
LEAGUE BASEBALL STADIUM
PUBLIC FACILITIES DISTRICT, et al,

                Defendants.

NO.   2:18-cv-01512-BJR

**DECLARATION OF GRADY THOMPSON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, GRADY THOMPSON, hereby declare as follows,

1. I am over the age of 18 and competent to testify on the matters stated herein.

2. I declare the following information:

3. I am limited in the major life activity of walking and use a motorized wheelchair for mobility.

4. I am a lifelong Mariners fan and attend 1-2 games every season and I last attended a Mariners game at T-Mobile Park on July 1, 2018.

THOMPSON DECLARATION ON SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - PAGE 1

2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY
ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

5. At the July 1, 2018 game I sat on the 300 level in ADA seating. I felt that the seating was too shallow and I had to pull uncomfortably forward all the way so people wouldn't bump into my chair.  I still felt crowded by the people passing behind me.

6. I observed the ADA 100 level seating from immediately behind the ADA seats, and noticed that views of the sun, sky, fly balls, home run fireworks, and the scoreboard are partially or fully obscured.

7. If problems with 100 level sightlines are corrected I will purchase tickets at the rear of the 100 level.

8. If wheelchair accessible seats are made available closer to the playing field, including in the outfield sections, I will purchase tickets in those seats if they are reasonably priced.

9. At the 300 level seats and at any other areas of the stadium I was able to access I have never had the opportunity to catch a fly ball or to have a ball tossed to me from the field as a souvenir.

10. While traveling through the concourses of T-Mobile Park and along the wheelchair accessible routes of travel between stadium entry, seating, restrooms, concessions, and other areas of the stadium I encountered large bumps and cracks.

11. I had to cross multiple expansion joints in order to reach my wheelchair accessible seats, and the abrupt jolt wheelchairs receive when crossing expansion joints feels jarring and is dangerous under certain circumstances.

12. Throughout the stadium I observed that concession stands did not have counters low enough for me to hand over money and accept food without assistance. If these counter height issues are addressed I will purchase concessions from these stands independently.

THOMPSON DECLARATION ON SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - PAGE 2

2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY
ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

13. I have not been to Edgar's Cantina, but I am aware that the lift is potentially dangerous and that there is no wheelchair accessible dining tables or counters with field views. I will go to Edgar's Cantina when there is a safe and functioning lift and accessible seating with views of the field.

14. If wheelchair accessible seating on the 300 level is altered to be deeper to provide more space, I will sit in those 300 level seats again.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and belief.

DATED 5/20/2019

DocuSigned by:

*Grady Thompson*

E02DB4A22B33454...

_____

Grady Thompson

THOMPSON DECLARATION ON SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - PAGE 3

2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY
ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

<u>CERTIFICATE OF SERVICE</u>

I, Michael Terasaki, hereby certify under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

Signed at Seattle, Washington this 20th day of May, 2019.

s/Michael Terasaki_____
Michael Terasaki

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558
terasaki@wacda.com

THOMPSON DECLARATION ON SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - PAGE 4

2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY
ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558