IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARK LANDIS, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT, et al,<br><br>    Defendants. | NO.  2:18-cv-01512-BJR<br><br>**SECOND DECLARATION OF JAMES L. E. TERRY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, JAMES L. E. TERRY, hereby declare as follows,

1. I am an expert witness for Plaintiffs in this matter, and I am over the age of 18 and competent to testify on the matters stated herein.

2. I have read and understand Defendants' expert Bill Endelman's report and line of sight (aka "sightline") study.

3. The standards I used in my sightline analysis are the same standards deemed acceptable and used by Defendants' expert.

4. I understand that Bill Endelman used the interpretations found in the "Accessible Stadiums" publication by the Department of Justice and I also used that publication and its

2ND TERASAKI DECLARATION ON SUPPORT OF MSJ- 1
2:18-cv-01512-BJR

WASHINGTON CIVIL & DISABILITY
ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

interpretations for how to apply the requirements in 4.33.3 of the 1991 ADA Standards. The same interpretations for line of sight analysis still apply under the 2010 ADA Standards.

5. While our methodologies differed, both Bill Endelman and I conducted sightline studies to evaluate lines of sight over the heads of the persons standing two rows in front of wheelchair accessible seating locations.

6. I understand that Bill Endelman used the human head, shoulder, and eye height and horizontal location measurements from the Ellerbe Becket case to perform his analysis and I also used those measurements.

7. The lines on Bill Endelman's sightline analysis diagrams demonstrate that the wheelchair accessible seating he measured and analyzed has worse sightlines over the heads of standing spectators than the sightlines that standing spectators have over other standing spectators. My sightline analysis also demonstrates this.

8. My sightline analysis methodology more clearly demonstrates and quantifies the differences in viewable field than Mr. Endelman's methodology, which only shows unequal viewing angles towards the field.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED June 23, 2019

James L.E. Terry

2ND TERASAKI DECLARATION ON SUPPORT OF MSJ- 2
2:18–cv–01512-BJR

WASHINGTON CIVIL & DISABILITY
ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

# CERTIFICATE OF SERVICE

I, Michael Terasaki, hereby certify under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

Signed at Seattle, Washington this 24th day of June, 2019.

s/Michael Terasaki
Michael Terasaki

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558
terasaki@wacda.com

2ND TERASAKI DECLARATION ON SUPPORT OF MSJ- 3
2:18-cv-01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558