# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLARK LANDIS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT, et al, <br><br> Defendants. | NO. 2:18-cv-01512-BJR <br><br> **ORDER ON STIPULATED MOTION TO AMEND CAPTION** |

## ORDER

IT IS HEREBY ORDERED THAT the caption for this matter shall be amended to remove the d.b.a designations for Defendants Mariners Baseball, LLC and The Baseball Club of Seattle LLLP as follows:

ORDER ON STIPULATED MOTION TO AMEND CAPTION-1
2:18-cv-01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846

| | |
|---|---|
| CLARK LANDIS, ROBERT BARKER, GRADY THOMPSON, and KAYLA BROWN<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT, BASEBALL OF SEATTLE, INC., a Washington corporation, MARINERS BASEBALL, LLC, a Washington limited liability company, and THE BASEBALL CLUB OF SEATTLE, LLLP, a Washington limited liability limited partnership,<br><br>Defendants. | NO. 2:18-cv-01512-BJR<br><br>[*amended caption exemplar*] |

Dated this 6th day of Aug, 2019,

*Barbara Rothstein* (signature)
HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented By:*

**CONNOR & SARGENT PLLC**

/s/*Anne-Marie E. Sargent*
Anne-Marie E. Sargent, WSBA #27160
CONNOR & SARGENT PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Email: aes@cslawfirm.net
Phone: 206-654-4011
*Co-Counsel for Plaintiffs*

/s/*Stephen P. Connor*
Stephen P. Connor, WSBA #14305
Connor & Sargent, PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Phone: (206) 654-5050
Steve@cslawfirm.net
*Co-Counsel for Plaintiffs*

**WASHINGTON CIVIL & DISABILITY ADVOCATE**

/s/*Conrad A. Reynoldson*
Conrad A. Reynoldson, WSBA #48187
3513 NE 45th Street, Suite G
Seattle, WA 98105

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846

| | |
|---|---|
| (206) 855-3134<br>conrad@wacda.com<br>*Co-Counsel for Plaintiffs* | |
| **SAVITT BRUCE & WILLEY LLP** | |
| */s/ Stephen C. Willey*<br>Stephen C. Willey, WSBA #24499<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101-2272<br>Telephone: 206.749.0500<br>Facsimile: 206.749.0600<br>Email: swilley@sbwllp.com<br>*Attorneys for Defendants* | */s/ Sarah Gohmann Bigelow*<br>Sarah Gohmann Bigelow, WSBA #43634<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101-2272<br>Telephone: 206.749.0500<br>Facsimile: 206.749.0600<br>Email: sgohmannbigelow@sbwllp.com<br>*Attorneys for Defendants* |

ORDER ON STIPULATED MOTION TO AMEND CAPTION- 3
2:18-cv-01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846