The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLARK LANDIS, ROBERT BARKER, GRADY THOMPSON, and KAYLA BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT, BASEBALL OF SEATTLE, INC., a Washington corporation, MARINERS BASEBALL, LLC, a Washington limited liability company, and THE BASEBALL CLUB OF SEATTLE, LLLP, a Washington limited liability limited partnership, <br><br> Defendants. | NO.    2:18-cv-01512-BJR <br><br> **DECLARATION OF STEPHEN C. WILLEY IN SUPPORT OF DEFENDANTS' OMNIBUS MOTION *IN LIMINE* (Nos. 1 – 6)** <br><br> NOTE ON MOTION CALENDAR: SEPTEMBER 27, 2019 |

I, STEPHEN C. WILLEY, declare as follows:

1.     I am a partner in the law firm Savitt Bruce & Willey LLP, counsel to Defendants in this matter.  I am competent to testify and make this declaration based on personal knowledge.

2.     On September 9, 2019, Plaintiffs' counsel, Stephen Connor, and I conferred by telephone conference in accordance with LCR 7(d)(4) in an effort to identify and resolve the matters that are really in dispute in Defendants' Omnibus Motion *in Limine*.  Mr. Connor

DECLARATION OF STEPHEN C. WILLEY - 1
(No. 2:18-cv-01512-BJR)

confirmed that Plaintiffs agree, in principle, that the named Plaintiffs should not be permitted to testify about features of T-Mobile Park which are beyond their personal knowledge nor is witness testimony about legal conclusions admissible.

3.      Plaintiffs' expert James Terry (accompanied by Plaintiff's counsel Stephen Connor) inspected T-Mobile Park on February 5, 2019.   Defendants agreed to a full seven-hour day for Mr. Terry's inspection.  Mr. Terry and Mr. Connor determined that Mr. Terry had completed his inspection before the expiration of the seven-hours.  Following the inspection of February 5, Plaintiffs did not request any further or additional inspection.

4.      Plaintiffs served their draft Pretrial Statement on August 19, 2019.  In it, Plaintiffs proposed 202 exhibits for trial.  Of the 202 exhibits, 72 were not produced until August 19, 2019.  Attached hereto as **Exhibit A** is a list of these exhibits.

5.      On August 19, 2019, Plaintiffs also served a belated supplement to their Initial Disclosures in which they identified "pictures taken at baseball games on 8/10/19, 6/19/19, and 5/13/19."  Of the 72 exhibits that were not produced until August 19 (*see* Exhibit A), seven have file names that are unrelated to the game dates disclosed by Plaintiffs in their 8/19/19 supplement to their Initial Disclosures.  These seven exhibits are highlighted in yellow on Exhibit A.  Of the 72 exhibits that were not produced until August 19, six are videos with file names that suggest they were taken at the 8/5/18 game identified in Plaintiffs' December 21, 2018 Initial Disclosures.  However, these 8/5/18 videos were not provided until 8/19/19.  These files are highlighted in blue on Exhibit A.

6.      Of the 202 exhibits proposed by Plaintiffs, Defendants are also unable to determine whether an additional 59 were produced before the close of discovery.  Attached hereto as **Exhibit B** is a list of those 59 proposed exhibits.

7.      Attached as **Exhibit C** is a true and correct copy of excerpts from Mr. Terry's deposition in which he testifies that that he does not have any opinion regarding potential remedies for the alleged ADA issues in this case.

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

8.      Plaintiffs' draft Pretrial Statement states that they will "seek compensatory damages for Defendant [Washington State Major League Baseball Stadium Public Facilities District's] 'deliberate indifference' to the identified deficiencies pursuant to Title II of the ADA."  When I spoke with Steve Connor on September 9, 2019, I told him that I was unaware of any evidence showing that the PFD had ever acted with "deliberate indifference"—and, as a result, I was not aware of any basis for a claim of compensatory damages.  Mr. Connor confirmed that there was no such evidence, but he indicated that Plaintiffs would seek to show "deliberate indifference" by asserting that the Mariners' purported knowledge of alleged ADA violations should be imputed to the PFD, apparently under some sort of agency theory.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 10th day of September, 2019 at Seattle, Washington.


_____*/s/ Stephen C. Willey*_____
Stephen C. Willey

DECLARATION OF STEPHEN C. WILLEY - 3
(No. 2:18-cv-01512-BJR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

# EXHIBIT A

**Exhibit A**

| Filename | Exhibit No. & Description |
|---|---|
| 22_5.13 Game 100 level WC.JPG | 22.  5/13/19 Game View from 100 Level Accessible Seat |
| 27_WC Seat Locations.PNG | 27.  Wheelchair Seat Locations Map |
| 28_FullCombined Seating.PNG | 28.  Full Combined Seating Map |
| 73 - 8.5.18 Video From Diamond Club.MOV | 73.  8/5/18 Video from Diamond Club |
| 74 - 8.5.18 Video From Seat G1 1.MOV | 74.  8/5/18 Video From Seat G1 |
| 75 - 8.5.18 Video From Seat G1 2.MOV | 75.  8/5/18 Video From Seat G2 |
| 76 - 8.5.18 Video From Seat G1 3.MOV | 76.  8/5/18 Video From Seat G3 |
| 77 - 8.5.18 Video From Seat G1 4.MOV | 77.  8/5/18 Video From Seat G4 |
| 78 - 8.5.18 Video From Section 124 & 125.MOV | 78.  8/5/18 Video From Section 125 & 126 |
| 79 - 8.10 pic OF TV.jpg | 79.  8/10/19 View of TV |
| 80 - 8.10 pic 1B Scoreboard.jpg | 80.  8/10/19 View of Scoreboard 1 |
| 81 - 8.10 pic OF Scoreboard.jpg | 81.  8/10/19 View of Scoreboard 2 |
| 86 - Expansion Joint 119(2).jpg | 86.  6/19/19 Sec 119 Expansion Joint |
| 87 - Expansion Joint 119.jpg | 87.  6/19/19 Sec 119 Expansion Joint 2 |
| 88 - Expansion Joint Kid Zone(2).jpg | 88.  6/19/19 Kid Zone Expansion Joint 2 |
| 89 - Expansion Joint Kid Zone.jpg | 89.  6/19/19 Kid Zone Expansion Joint |
| 90 - Expansion Joint Kids Zone(3).jpg | 90.  6/19/19 Kid Zone Expansion Joint 3 |
| 91 - Expansion Joint Sec 105(2).jpg | 91.  6/19/19 Sec 105 Expansion Joint 2 |
| 92 - Expansion Joint Sec 105.jpg | 92.  6/19/19 Sec 105 Expansion Joint |
| 93 - Expansion Joint sec 111(2).jpg | 93.  6/19/19 Sec 111 Expansion Joint 2 |
| 94 - Expansion Joint sec 111(3).jpg | 94.  6/19/19 Sec 111 Expansion Joint 3 |
| 95 - Expansion Joint sec 111(4).jpg | 95.  6/19/19 Sec 111 Expansion Joint 4 |
| 96 - Expansion Joint sec 111(5).jpg | 96.  6/19/19 Sec 111 Expansion Joint 5 |
| 97 - Expansion Joint sec 111(6).jpg | 97.  6/19/19 Sec 111 Expansion Joint 6 |
| 98 - Expansion Joint sec 111(7).jpg | 98.  6/19/19 Sec 111 Expansion Joint 7 |
| 99 - Expansion Joint sec 111.jpg | 99.  6/19/19 Sec 111 Expansion Joint |
| 100 - Expansion Joint sec 119(2).jpg | 100. 6/19/19 Sec 119 Expansion Joint 2 |
| 101 - Expansion Joint sec 119(3).jpg | 101. 6/19/19 Sec 119 Expansion Joint 3 |
| 102 - Expansion Joint sec 119.jpg | 102. 6/19/19 Sec 119 Expansion Joint |
| 103 - Expansion Joint Sec 125(2).jpg | 103. 6/19/19 Sec 125 Expansion Joint 2 |
| 104 - Expansion Joint Sec 125(3).jpg | 104. 6/19/19 Sec 125 Expansion Joint 3 |
| 105 -Expansion Joint Sec 125(4).jpg | 105. 6/19/19 Sec 125 Expansion Joint 4 |
| 106 - Expansion Joint Sec 125.jpg | 106. 6/19/19 Sec 125 Expansion Joint |
| 107 - Expansion Joint sec 139(2).jpg | 107. 6/19/19 Sec 139 Expansion Joint 2 |
| 108 - Expansion Joint sec 139.jpg | 108. 6/19/19 Sec 139 Expansion Joint |
| 109 - Expansion Joint sec 149(2).jpg | 109. 6/19/19 Sec 149 Expansion Joint 2 |
| 110 - Expansion Joint sec 149.jpg | 110. 6/19/19 Sec 149 Expansion Joint |
| 116 - 6.19 Game Mini Counter3.jpg | 116. 6/19/19 Lowered Counter 3 |
| 117 - 6.19 Game Mini Counter2.jpg | 117. 6/19/19 Lowered Counter 2 |
| 118 - 6.19 Game Mini Counter.jpg | 118. 6/19/19 Lowered Counter |
| 119 - 6.19 Game HobBox1.jpg | 119. 6/19/19 Hopbox No Lowered Counter |
| 120 - 6.19 Game HobBox1(2).jpg | 120. 6/19/19 Hopbox No Lowered Counter 2 |
| 121 - 6.19 Game HobBox2.jpg | 121. 6/19/19 Hopbox Counter Space |
| 122 - .jpg | 122. 6/19/19 Hopbox Counter Space 2 |
| 123 - 5.13 Game Shortstop Beer.JPG | 123. 5/13/19 Shortstop Beer Sales Counter |
| 124 - 5.13 Game Shortstop Beer Front, ADA height in back.JPG | 124. 5/13/19 Shortstop Beer Sales Counter 2 |
| 129 - 5.18.19 BallPark Tours Webpage SS.png | 129. Ballpark Tours Website as of 5/18/19 |
| 138 - 6.19 Game Edgar's Porch.jpg | 138. 6/19/19 Edgar's Homerun Porch Dining Surfaces |
| 139 - 6.19 Game Pen Patio.jpg | 139. 6/19/19 The 'Pen Patio Dining Surfaces |
| 140 - 6.19 Game Pen Patio(2).jpg | 140. 6/19/19 The 'Pen Patio Dining Surfaces 2 |
| 141 - 6.19 Game Pen Patio(3).jpg | 141. 6/19/19 The 'Pen Patio Dining Surfaces 3 |
| 142 - 6.19 Game Pen Patio(4).jpg | 142. 6/19/19 The 'Pen Patio Dining Surfaces 4 |
| 143 - 6.19 Game Pen Patio(5).jpg | 143. 6/19/19 The 'Pen Patio Dining Surfaces 5 |
| 144 - 6.19 Game Pen Walkway.jpg | 144. 6/19/19 The 'Pen Travel Path Surface |
| 145 - 6.19 Game Pen Walkway(2).jpg | 145. 6/19/19 The 'Pen Travel Path Surface 2 |
| 146 - 6.19 Game Pen Walkway(3).jpg | 146. 6/19/19 The 'Pen Travel Path Surface 3 |
| 147 - 6.19 Game Edgars' Cantina.jpg | 147. 6/19/19 Edgar's Cantina High Tables |

**Exhibit A**

| Filename | Exhibit No. & Description |
|---|---|
| 148 - 6.19 Game Edgars' Cantina(2).jpg | 148. 6/19/19 Edgar's Cantina High Tables 2 |
| 149 - 5.13 Game kings court pano 1.JPG | 149. 5/13/19 Edgar's Homerun Porch Dining Surfaces |
| 150 - 5.13 Game kings court pano 2.JPG | 150. 5/13/19 Edgar's Homerun Porch Dining Surfaces 2 |
| 151 - 5.13 Game patio at pen.JPG | 151. 5/13/19 The 'Pen Patio Top View |
| 152 - 5.13 Game visitor pullpen drink rail.JPG | 152. 5/13/19 The 'Pen Visitors' Side Drink Rail |
| 153 - 5.13 Game Visitor (right) bullpen.JPG | 153. 5/13/19 The 'Pen Visitors' Side Drink Rail 2 |
| 154 - 5.13 Game Bullpen drink rail wide.JPG | 154. 5/13/19 The 'Pen Drink Rail |
| 155 - 5.13 Game 100 lv drink rail.JPG | 155. 5/13/19 The 'Pen Drink Rail 2 |
| 156 - 5.13 Game Edgars Cantina Bar Height.JPG | 156. 5/13/19 Edgar's Cantina Drink Rail |
| 157 - 5.13 Game Edgars Cantina Wide.JPG | 157. 5/13/19 Edgar's Cantina Drink Rail 2 |
| 160 - 5.13 Game 300 lv companion seat no drink holder2.JPG | 160. 5/13/19 Companion Seat 300 Level |
| 163 - 8.6 Game 102-24-5 as of 4.19.19.png | 163. 4/19/19 Game Pricing Screenshot for 8/6/19 Game |
| 164 - 8.6 Game 135-1A-20 as of 4.19.19.png | 164. 4/19/19 Game Pricing Screenshot for 8/6/19 Game 2 |
| 165 - 4.25 Game 103-39A-7 as of 4.19.19.png | 165. 4/19/19 Game Pricing Screenshot for 4/25/19 Game |
| 166 - 4.25 Game 103-23-13 as of 4.19.19.png | 166. 4/19/19 Game Pricing Screenshot for 4/25/19 Game 2 |

# EXHIBIT B

**Exhibit B**

| Filename | Exhibit No. & Description |
|---|---|
| 29_8.5.18 Game Diamond WC 1.JPG | 29.  8/5/18 Diamond Club Wheelchair Seating 1 |
| 30_8.5.18 Game Diamond WC 2.JPG | 30.  8/5/18 Diamond Club Wheelchair Seating 2 |
| 31_8.5.18 Game Diamond 25 Seat G1 1.JPG | 31.  8/5/18 Diamond Club Section 25 Seat G1 View 1 |
| 32_8.5.18 Game Diamond 25 Seat G1 2.JPG | 32.  8/5/18 Diamond Club Section 25 Seat G1 View 2 |
| 33_8.5.18 Game Diamond 25 Seat G1 3.JPG | 33.  8/5/18 Diamond Club Section 25 Seat G1 View 3 |
| 34_8.5.18 Game25 Diamond Seat G1 4.JPG | 34.  8/5/18 Diamond Club Section 25 Seat G1 View 4 |
| 35_8.5.18 Game 25 Diamond Seat G1 5.JPG | 35.  8/5/18 Diamond Club Section 25 Seat G1 View 5 |
| 36_8.5.18 Game 25 Diamond Seat g1 6.JPG | 36.  8/5/18 Diamond Club Section 25 Seat G1 View 6 |
| 37_8.5.18 Game 25 Diamond Seat G1 7.JPG | 37.  8/5/18 Diamond Club Section 25 Seat G1 View 7 |
| 38_8.5.18 Game Sec 119&20 WC Seat 1.JPG | 38.  8/5/18 Section 119 & 120 Wheel Chair Seat 1 |
| 39_8.5.18 Game Sec 119&20 WC Seat 2.JPG | 39.  8/5/18 Section 119 & 120 Wheel Chair Seat 2 |
| 40_8.5.18 Game Sec 124&5 Bottom Sec Seats.JPG | 40.  8/5/18 Section 124 & 125 Bottom Section Seats 1 |
| 41_8.5.18 Game Sec 124&5 Bottom Sec Seat 2.JPG | 41.  8/5/18 Section 124 & 125 Bottom Section Seats 2 |
| 42_8.5.18 Game Sec 124&5 WC Seat 1.JPG | 42.  8/5/18 Section 124 & 125 Wheel Chair Seats 1 |
| 43_8.5.18 Game Sec 124&5 Mid Sec seat 1.JPG | 43.  8/5/18 Section 124 & 125 Mid Section Seats 1 |
| 44_8.5.18 Game Sec 124&5 Mid Sec Seat 2.JPG | 44.  8/5/18 Section 124 & 125 Mid Section Seats 2 |
| 45_8.5.18 Game Sec 125&6 Bottom Sec Seat 1.JPG | 45.  8/5/18 Section 125 & 126 Bottom Section Seat 1 |
| 46_8.5.18 Game Sec 125&6 Bottom Sec Seat 2.JPG | 46.  8/5/18 Section 125 & 126 Bottom Section Seat 2 |
| 47_8.5.18 Game Sec 125&6 WC Seat 1.JPG | 47.  8/5/18 Section 125 & 126 Wheel Chair Seating 1 |
| 48_8.5.18 Game Sec 125&6 WC Seat 2.JPG | 48.  8/5/18 Section 125 & 126 Wheel Chair Seating 2 |
| 49_8.5.18 Game Sec 125&6 Mid Sec Seat 1.JPG | 49.  8/5/18 Section 125 & 126 Mid Section Seat 1 |
| 50_8.5.18 Game Sec 125&6 Mid Sec Seat 2.jpeg | 50.  8/5/18 Section 125 & 126 Mid Section Seat 2 |
| 51_8.5.18 Game Sec 126&7 WC Seat 1.JPG | 51.  8/5/18 Section 126 & 127 Wheel Chair Seat 1 |
| 52_8.5.18 Game Sec 126&7 WC Seat 2.JPG | 52.  8/5/18 Section 126 & 127 Wheel Chair Seat 2 |
| 53_8.5.18 Game Sec 126&7 WC Seat 3.JPG | 53.  8/5/18 Section 126 & 127 Wheel Chair Seat 3 |
| 54_8.5.18 Game Sec 126&7 bottom sec seat 1.JPG | 54.  8/5/18 Section 126 & 127 Bottom Section Seats 1 |
| 55_8.5.18 Game Sec 126&7 bottom sec seat 2.JPG | 55.  8/5/18 Section 126 & 127 Bottom Section Seats 2 |
| 56_8.5.18 Game Sec 126&7 Mid Sec seat 1.JPG | 56.  8/5/18 Section 126 & 127 Mid Section Seats 1 |
| 57_8.5.18 Game Sec 126&7 Mid Sec Seat 2.JPG | 57.  8/5/18 Section 126 & 127 Mid Section Seats 2 |
| 58 - 8.5.18 Game Sec 127&8 WC Seat 1.JPG | 58.  8/5/18 Section 127 & 128 Wheel Chair Seats 1 |
| 59 - 8.5.18 Game Sec 127&8 WS Seat 2.JPG | 59.  8/5/18 Section 127 & 128 Wheel Chair Seats 2 |
| 60 - 8.5.18 Game Sec 132&3 WC Seat 1.JPG | 60.  8/5/18 Section 132 & 133 Wheel Chair Seats 1 |
| 61 - 8.5.18 Game Sec 132&3 WC Seat 2.JPG | 61.  8/5/18 Section 132 & 133 Wheel Chair Seats 2 |
| 62 - 8.5.18 Game Sec 132&3 WC Seat 3.JPG | 62.  8/5/18 Section 132 & 133 Wheel Chair Seats 3 |
| 63 - 8.5.18 Game Sec 132&3 WC Seat 4.JPG | 63.  8/5/18 Section 132 & 133 Wheel Chair Seats 4 |
| 64 - 8.5.18 Game Sec 138&9 WC Seat 1.JPG | 64.  8/5/18 Section 138 & 139 Wheel Chair Seats 1 |
| 65 -8.5.18 Game Sec 138&9 WC Seat 2.JPG | 65.  8/5/18 Section 138 & 139 Wheel Chair Seats 2 |
| 66 - 8.5.18 Game Mid Sect 138&9 Seating 1.JPG | 66.  8/5/18 Section 138 & 139 Mid Section Seating 1 |
| 67 - 8.5.18 Game Sect 149&50 WC Seat 1.JPG | 67.  8/5/18 Section 149 & 509 Wheel Chair Seating 1 |
| 68 - 8.5.18 Game Sec 149&50 WC Seat2.JPG | 68.  8/5/18 Section 149 & 150 Wheel Chair Seating2 |
| 69 - 8.5.18 Game Sec 149&59 WC Seat3.JPG | 69.  8/5/18 Section 149 & 150 Wheel Chair Seating 3 |
| 70 - 8.5.18 100 Level View.JPG | 70.  8/5/18 100 Level View 1 |
| 71 - 8.5.18 100 Level View 2.JPG | 71.  8/5/18 100 Level View 2 |
| 72 - 8.5.18 100 Level View 3.JPG | 72.  8/5/18 100 Level View 3 |
| 82 - 8.5.18 Game Sec 180&1 Route behind ADA Seat 1.JPG | 82.  8/5/18 Section 180 & 181 Route Behind ADA Seating 1 |
| 83 - 8.5.18 Game Sec 180&1 Route behind WC Seat 2.JPG | 83.  8/5/18 Section 180 & 181 Route Behind ADA Seating 2 |
| 84 - 8.5.18 Game Sec 180&1 Route behind WC Seat 3.JPG | 84.  8/5/18 Section 180 & 181 Route Behind ADA Seating 3 |
| 85 - 8.5.18 Game Sec 180&1 Route behind WC Seat 4.JPG | 85.  8/5/18 Section 180 & 181 Route Behind ADA Seating 4 |
| 111 - 8.5.18 Game Concourse gaps 1.JPG | 111.  8/5/18 Concourse Gaps 1 |
| 112 - 8.5.18 Game Concourse gaps 2.JPG | 112.  8/5/18 Concourse Gaps 2 |
| 113 - 8.5.18 Game Concourse Gaps 3.JPG | 113.  8/5/18 Concourse Gaps 3 |
| 114 - 8.5.18 Game Councourse Gaps 4.JPG | 114.  8/5/18 Concourse Gaps 4 |
| 115 - 8.5.18 Game Councourse Gaps 5.JPG | 115.  8/5/18 Concourse Gaps 5 |
| 125 - 8.5.18 Game Councourse Concession Counter height.JPG | 125.  5/5/18 Concession Stand Counter Height |
| 126 - 8.5.18 Game Councourse food lines 1.JPG | 126.  8/5/18 Narrow Concourse Lines |
| 127 - 8.5.18 Game Councourse Lines 2.JPG | 127.  8/5/18 Narrow Concourse Lines 2 |
| 128 - 8.5.18 Game Concourse Lines 3.JPG | 128.  8/5/18 Narrow Concourse Lines 3 |
| 158 - 8.5.18 Game The Pen 1.JPG | 158.  8/5/18 The 'Pen Wide Shot |
| 159 - 8.5.18 Game The Pen 6.JPG | 159.  8/5/18 The 'Pen Dining Surfaces |

# EXHIBIT C

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE


CIVIL ACTION NO: 2:18-CV-01512


CLARK LANDIS, ROBERT BARKER, GRADY THOMPSON, AND

KAYLA BROWN,

        Plaintiff,

vs.

WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM

PUBLIC FACILITIES DISTRICT AND THE BASEBALL CLUB OF

SEATTLE, LLP,

        Defendants.


DEPOSITION

OF

JAMES TERRY

BIRMINGHAM, ALABAMA

JUNE 14, 2019


REPORTED BY: Caila Bonds

        Court Reporter

**James Terry**                                    **6/14/2019**

```
 1              A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3           MR. CONRAD REYNOLDSON

 4           Washington Civil & Disability Advocate

 5           4115 Roosevelt Way NE

 6           Suite B

 7           Seattle, Washington 98105

 8

 9    FOR THE DEFENDANT:

10           MR. STEVE WILLEY

11           Savitt, Bruce & Willey, LLP

12           Joshua Green Building

13           1425 Fourth Avenue

14           Suite 800

15           Seattle, Washington 98101

16

17

18

19

20

21

22

23
```

**James Terry**                                    **6/14/2019**
                                                    Page 66

```
 1        Q.   It is a factual question.

 2        A.   It is, but I would have to have access to

 3   Lexus Nexus or some other legal resource in order to

 4   be able to look at it, and then I would have to be

 5   able to study the facts of the case and render a

 6   legal opinion and I can't do that.

 7        Q.   But you just don't know, though -- in

 8   your words, for example, you don't know if there was

 9   any other case on that issue at that time in the

10   Ninth Circuit?

11        A.   I do not know of anything else that would

12   contradict that.

13        Q.   Okay. So if for today's deposition we

14   assume that you are correct and that there is a

15   non compliance with respect to the sightlines over

16   standing spectators, what is the remedy?

17        A.   You know, I didn't have enough time to

18   study remedies while I was there.  There are -- I

19   teach seminars on different ways to remedy sightline

20   over standing spectators in existing facilities or

21   facilities that are already built under the 2010

22   definition of existing, and there are lots and lots

23   of solutions that I have seen for this kind of
```

**James Terry**                                      **6/14/2019**
                                                       Page 67

1    problem. I haven't studied them specifically at the

2    Mariners stadium, but I have seen them in other

3    large stadiums, and it is my opinion that there are

4    probably solutions there that will work to fix them.

5    I just haven't studied them enough to go on record,

6    you know, to a Court that tells you, oh, this will

7    work, because I haven't studied enough to do that. I

8    like to be very careful with what I claim about

9    something.

10        Q.    I appreciate that. Is it fair to say then

11   that you do not have an opinion as to what would be

12   a remedy for T Mobile Park if you are correct?

13        A.    I have an opinion that there are options

14   that would have a very high likelihood of working,

15   but I can't tell you which ones of those would work,

16   and specifically any of the specific locations that

17   are there.

18        Q.    Right. So you have a conceptual idea

19   about what remedies might be, but you have no

20   opinion as to the remedy here?

21        A.    Well, it wouldn't be remedy, there would

22   be lots of different remedies depending on which

23   section of the pit you are trying to correct.

**James Terry**                                         **6/14/2019**

1       Q.     Fair enough. You don't have an opinion as

2   to the specific remedies here?

3            MR. REYNOLDSON:   Object to the form.

4       A.    I have opinions about specific remedies,

5   I have not compared those specific opinions and

6   those specific solution types to this facility on a

7   dimensional basis to know which ones of them will

8   work in which locations, and which ones won't,

9   because some of them you just have to compare them

10  to the specific conditions.   And there may be

11  something that is not one of my typical ones that

12  would work even better than the -- in that location.

13  And I just haven't had a chance to study that.

14       Q.    I understand.   And all I am trying to

15  make clear is that you have ideas, certainly things

16  that might work, different ideas, but you do not

17  have an opinion about any specific remedy here in

18  this ballpark today?

19       A.    I do not have specific design solutions

20  to solve the problems in this ballpark. I have

21  generic solution that I would have to analyze in

22  relation to the specifics of each section that

23  needed to be fixed.

**James Terry**                                        **6/14/2019**
                                                        Page 121

1  hey, I am not saying that I know what would have

2  been entitled a safe harbor.  I can look at some

3  things and say, yeah, I don't think this is because

4  there is no evidence that it was ever compliant. But

5  there is some areas where I can't tell that. So I

6  tried to make it clear that I am open to the safe

7  harbor information, if that information is

8  available, but otherwise, it is analyzed based on

9  2010.

10     Q.   So just so I am clear, you are leaving

11 the door open for a 1991 safe harbor basis, but you

12 are saying your analysis here is based upon 2010?

13     A.   That is correct.

14     Q.   Okay. And what do you think should be

15 done with respect to the vertical distribution of

16 dispersal?

17     A.   Wheelchair spaces should be provided

18 where they are required.

19     Q.   Where are they required here, do you have

20 a proposed remedy?

21     A.   I don't. Wasn't given enough time to look

22 for proposed remedies.

23     Q.   You don't have an opinion as to proposed

**James Terry**                                              **6/14/2019**
                                                              Page 122

1    remedy, right?

2          A.    I am sorry, I don't have what?

3          Q.    An opinion as to any proposed remedy?

4          A.    I have opinions.

5          Q.    Have you done a feasibility study?

6          A.    I have not.

7          Q.    Okay. Do you know anything about the

8    engineering of the stadium with respect to vomitory

9    locations?

10         A.    Engineering of the locations?

11         Q.    Do you know where the vomitories are?

12         A.    I can see those in the photographs, I can

13   see them in the drawings that I have been given.

14         Q.    Do you know where the vomitories are, if

15   any, in the 100 level?

16         A.    Yes. We have that information.

17         Q.    Where are they?

18         A.    They come out in the -- into the area

19   behind the home plate.

20         Q.    And do you know if those accessible --

21   those vomitory pathways are accessible?

22         A.    I do not.

23         Q.    Have you ever testified in a case

**James Terry**                                                  **6/14/2019**
                                                                  Page 125

```
 1    develop detailed opinions on how the other dispersal

 2    things can be handled, just because of lack of time

 3    available in the field.

 4         Q.   Let's be specific, okay?

 5         A.   All right.

 6         Q.   Let's look at Exhibit 4.

 7         A.   Okay.

 8         Q.   Where do you believe there should be more

 9    accessible seating put in?

10         A.   Closer to the field, between the foul

11    poles on the --

12         Q.   Where?

13         A.   Where?

14         Q.   Yes.  I mean, you've got a map in front

15    of you, I am trying to figure out what you are

16    recommending.

17         A.   Additional seats between the dug-outs.

18    We know that there is an accessible route that leads

19    to that. Additional seats in that area, wheelchair

20    seats, would improve vertical access for the ten

21    thousand plus people that are between the foul poles

22    on the 41st row.

23         Q.   Other than taking out seats in sections
```

1    thirty-five, thirty-three, whatever they are, and
2    adding in more accessible seats, do you have any
3    other recommendations with respect to level 100?
4         A.    I have not had a chance to study it and I
5    do not have specific opinions or solutions until I
6    have a chance to study it.
7         Q.    Okay. Do you have any recommendation with
8    respect to level 200?
9         A.    In terms of vertical dispersal in 200, I
10   am not as concerned about vertical dispersal in 200
11   because they are such shorter sections.
12        Q.    Okay. So 200 you believe is okay?
13        A.    Let me -- hang on just a second.
14        Q.    Yes.
15        A.    Yeah, I don't have a problem with the 200
16   section just because it is so short.
17        Q.    Okay. How about 300?
18        A.    300 meets the standards for vertical
19   dispersal. For vertical dispersal only.  I mean,
20   they fail other parts of the standard, but vertical
21   dispersal, they are close enough at this point where
22   I wouldn't spend a lot of effort working on them.
23        Q.    Got it. And just so I am clear here, the

**James Terry**                                    **6/14/2019**
                                                    Page 181

```
1    think that concludes the deposition for today. I

2    thank you for your time and willingness to do

3    this by video on a Friday. Much appreciate your

4    input.

5              THE WITNESS:  Okay.

6

7              (The deposition concluded at

8    6:45 p.m.)

9

10

11

12

13

14

15

16

17

18

19              C E R T I F I C A T E

20

      STATE OF ALABAMA      )

21

      COUNTY OF JEFFERSON      )

22

23
```

**James Terry**                                               **6/14/2019**

1   foregoing deposition was taken down by me in

2   stenotype and the questions and answers thereto

3   were reduced to typewriting under my

4   supervision; that the foregoing represents a

5   true and correct transcript of the deposition

6   given by said witness upon hearing.

7          I further certify that I am neither of

8   counsel nor of kin to the parties to the action,

9   nor am I in anywise interested in the result of

10  said cause.

11  _____

12          /s/Caila M. Bonds

13          Caila M. Bonds, CCR

14          CCR # 250, Expires 09/30/2019

15          Commissioner for the State of

16          Alabama at Large

17          My Commission Expires: 3/29/2022

18

19

20

21

22

23

**BIRMINGHAM REPORTING SERVICE**
**(205) 326-4444**

1

## **CERTIFICATE OF SERVICE**

2        The undersigned hereby certifies that, on September 10, 2019, I electronically filed the

3    foregoing document with the Clerk of the Court using the CM/ECF system which will send

4    notification of such filing to all counsel of record.

5        I declare under penalty of perjury under the laws of the United States of America that

6    the foregoing is true and correct.

7        DATED this 10th day of September, 2019 at Seattle, Washington.

8

9

10    _____

       Rondi A. Greer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE
(No. 2:18-cv-01512-BJR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500