# Appendix B

## Plaintiffs' Proposed Trial Witnesses

| Plaintiffs' Proposed Trial Witness | Witness's Contact Information | Description of Testimony | Defendants' Response |
|---|---|---|---|
| James L. E. Terry | Evan Terry Associates, LLC, One Perimeter Park South, Suite 200S, Birmingham, AL 35243 | Will testify concerning ADA architectural standards and accessibility barriers at T-Mobile Park, including but not limited to sightlines and effective communication. | Defendants do not object to Mr. Terry being called as a witness.  Defendants reserve all rights to object to the subject matter and scope of Mr. Terry's testimony at trial. |
| Clark Landis | c/o Washington Civil and Disability Advocate, 4115 Roosevelt Way NE, Suite B, Seattle, WA 98105 (206) 428-3558 and Connor & Sargent PLLC, 1000 Second Avenue, Suite 3670, Seattle, WA 98104 (206) 654-5050 | Will testify concerning personal experiences at Mariners' games and accessibility barriers at T-Mobile Park, including sightlines, and damages to Plaintiffs | No objection to Mr. Landis being called as a witness. Defendants reserve all rights to object to the subject matter and scope of Mr. Landis's testimony at trial. |
| Robert Barker | c/o Washington Civil and Disability Advocate, 4115 Roosevelt Way NE, Suite B, Seattle, WA 98105 (206) 428-3558 and Connor & Sargent PLLC, 1000 Second Avenue, Suite 3670, Seattle, WA 98104 (206) 654-5050 | Will testify concerning personal experiences at Mariners' games and accessibility barriers at T-Mobile Park, including sightlines, and damages to Plaintiffs | No objection to Mr. Barker being called as a witness. Defendants reserve all rights to object to the subject matter and scope of Mr. Barker's testimony at trial. |
| Grady Thompson | c/o Washington Civil and Disability Advocate, 4115 Roosevelt Way NE, Suite B, Seattle, WA 98105 (206) 428-3558 and Connor & Sargent PLLC, 1000 Second Avenue, Suite 3670, Seattle, WA 98104 (206) 654-5050 | Will testify concerning personal experiences at Mariners' games and accessibility barriers at T-Mobile Park, including sightlines, and damages to Plaintiffs | No objection to Mr. Thompson being called as a witness. Defendants reserve all rights to object to the subject matter and scope of Mr. Thompson's testimony at trial. |

## Appendix B

| | | | |
|---|---|---|---|
| Kayla Brown | c/o Washington Civil and Disability Advocate, 4115 Roosevelt Way NE, Suite B, Seattle, WA 98105 (206) 428-3558 and Connor & Sargent PLLC, 1000 Second Avenue, Suite 3670, Seattle, WA 98104 (206) 654-5050 | Will testify concerning personal experiences at Mariners' games and accessibility barriers at T-Mobile Park, including sightlines, and damages to Plaintiffs | No objection to Ms. Brown being called as a witness. Defendants reserve all rights to object to the subject matter and scope of Ms. Brown's testimony at trial. |
| Michael Terasaki | Washington Civil and Disability Advocate, 4115 Roosevelt Way NE, Suite B, Seattle, WA 98105 (206) 428-3558 | May testify for the purpose of authenticating exhibits | Mr. Terasaki has never previously been disclosed as a witness and Defendants object to Mr. Terasaki being called as a witness at trial. If Mr. Terasaki is permitted to testify, Defendants reserve all rights to object to the subject matter and scope of any testimony that Mr. Terasaki might offer. |
| Conrad Reynoldson | Washington Civil and Disability Advocate, 4115 Roosevelt Way NE, Suite B, Seattle, WA 98105 (206) 428-3558 | May testify for the purpose of authenticating exhibits | Mr. Reynoldson has never previously been disclosed as witness and Defendants object to Mr. Reynoldson being called as a witness at trial. If Mr. Reynoldson is permitted to testify, Defendants reserve all rights to object to the subject matter and scope of any testimony that Mr. Reynoldson might offer. |

## Appendix B

| | | | |
|---|---|---|---|
| Trevor Gooby | c/o Savitt Bruce & Willey, 1425 Fourth Ave., Suite 800, Seattle, WA 98101 (206) 749-0500 | Will testify concerning T-Mobile park stadium condition, maintenance of stadium practices and procedures with respect to ADA compliance | No objection to Mr. Gooby being called as a witness. |
| Malcom Rogel | c/o Savitt Bruce & Willey, 1425 Fourth Ave., Suite 800, Seattle, WA 98101 (206) 749-0500 | Will testify concerning the condition of T-Mobile Park, ticket pricing and practices and procedures. | No objection to Mr. Rogel being called as a witness. |