

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558
office@wacda.com

October 4, 2019

The Honorable Barbara J. Rothstein
United States Courthouse
700 Stewart Street, Suite 16128
Seattle, WA 98101-9906

RE: Landis et al v. Washington State Major League Baseball Stadium Public Facilities District et al
Response to Docket number 49 Minute Order

Dear Judge Rothstein:

The parties respond to your request to know what issues, if any, have been affected by our mediation. The parties have failed to reach an agreement on any issues. Therefore none have been affected by the mediation.

Regards,

/s/ Conrad Reynoldson

Attorney for Plaintiffs

1