UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARK LANDIS, ROBERT BARKER, GRADY THOMPSON, and KAYLA BROWN<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT; and BASEBALL OF SEATTLE, INC., a duly licensed Washington corporation d.b.a. Mariners Baseball, LLC, a duly licensed Washington limited liability corporation d.b.a. The Baseball Club of Seattle, LLLP, a duly licensed Washington limited liability limited partnership,<br><br>Defendants. | Case No. 2:18-cv-01512-BJR<br><br>NOTICE OF APPEARANCE |

**APPEARANCE OF COUNSEL**

TO: CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court, and I appear in this case

NOTICE OF APPEARACE - 1
2:18-CV-01512-BJR

WASHINGTON CIVIL & DISABILITY
ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1  as counsel for Plaintiffs CLARK LANDIS, ROBERT BARKER, GRADY THOMPSON, and

2  KAYLA BROWN

4  Dated this 8th day of October, 2019.

By */s/Felicity Chamberlain*
Felicity Chamberlain
WSBA No. 46155
WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
Email: felicity@wacda.com
Phone: (206) 402-5846
**Co-Counsel for Plaintiffs**

NOTICE OF APPEARACE - 2
2:18-CV-01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record to this matter.

DATED this 8th day of October, 2019

*/s/ Felicity Chamberlain*
Felicity Chamberlain, Associate
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
206-428-3558

NOTICE OF APPEARACE - 3
2:18-CV-01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558