The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLARK LANDIS, ROBERT BARKER, GRADY THOMPSON, and KAYLA BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT; and BASEBALL OF SEATTLE, INC., a duly licensed Washington corporation, d.b.a. Mariners Baseball, LLC, a duly licensed Washington limited liability company, d.b.a. The Baseball Club of Seattle, LLLP, a duly licensed Washington limited liability limited partnership,<br><br>Defendants. | NO.   2:18-cv-01512-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## I.   STIPULATION

Consistent with their prior October 11, 2019 communication to the Court, the parties to the above-captioned action (the "Lawsuit")—Plaintiffs Clark Landis, Robert Barker, Grady Thompson, and Kayla Brown, and Defendants Washington State Major League Baseball Stadium Public Facilities District, Baseball of Seattle, Inc., Mariners Baseball, LLC, and The Baseball Club of Seattle, LLLP—by and through their undersigned counsel of record, hereby stipulate and agree that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), all claims in the Lawsuit shall

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
(No. 2:18-cv-01512-BJR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

be dismissed with prejudice *except* Plaintiffs' claims regarding (a) accessible seating sightlines, (b) effective communication, and (c) accessible seating distribution/pricing.

RESPECTFULLY SUBMITTED this 30th day of October, 2019.

**WASHINGTON CIVIL & DISABILITY ADVOCATE**

By     */s/ Conrad A. Reynoldson*
Conrad A. Reynoldson, WSBA #48187
Michael Terasaki, WSBA #51923
Felicity A. Chamberlain, WSBA #46155
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Telephone: 206.876.8515
Email: conrad@wacda.com
Email: terasaki@wacda.com
Email: felicity@wacda.com

**CONNOR & SARGENT, PLLS**

By     */s/ Stephen P. Connor*
Stephen P. Connor, WSBA #14305
Anne-Marie Sargent, WSBA #27160
1000 Second Ave, Suite 3670
Seattle, WA 98104
Telephone: 206.654-5050
Email: steve@cslawfirm.net
Email: aes@cslawfirm.net

*Attorneys for Plaintiffs*

**SAVITT BRUCE & WILLEY LLP**

By     */s/ Stephen C. Willey*
Stephen C. Willey, WSBA #24499
Sarah Gohmann Bigelow, WSBA #43634
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
Telephone: 206.749.0500
Email: swilley@sbwllp.com
Email: sgohmannbigelow@sbwllp.com

*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
(No. 2:18-cv-01512-BJR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

Based on the foregoing stipulation by the named parties, all of whom have appeared, and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), all claims in the Lawsuit are hereby dismissed with prejudice *except* Plaintiffs' claims regarding (a) accessible seating sightlines, (b) effective communication, and (c) accessible seating distribution/pricing.

It is so **ORDERED**.

Dated: Oct 31, 2019.

_____
The Honorable Barbara J. Rothstein

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
(No. 2:18-cv-01512-BJR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 30th day of October, 2019 at Seattle, Washington.

*Rondi A. Greer*

CERTIFICATE OF SERVICE
No. 2:19-cv-01309-TSZ

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500