IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARK LANDIS, et al.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT, et al,<br><br>　　　　Defendants. | NO.   2:18-cv-01512-BJR<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Clark Landis, Robert Barker, Kayla Brown, and Grady Thompson, appeal to the United States Court of Appeals for the Ninth Circuit from the Judgement (Dkt. # 78) and Findings of Fact and Conclusions of Law (Dkt. # 77) of the United States District Court for the Western District of Washington entered on December 3, 2019, granting Defendants Baseball of Seattle, Inc., Mariners Baseball, LLC, The Baseball Club of Seattle, LLLP, and Washington State Major League Baseball Stadium Public Facilities District.

PLAINTIFFS' NOTICE OF APPEAL - 1
2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY
ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1  RESPECTFULLY SUBMITTED this 16th day of December, 2019.

2

3  **WASHINGTON CIVIL & DISABILITY ADVOCATE**

4  /s/Conrad A. Reynoldson                    /s/Michael Terasaki
   Conrad A. Reynoldson, WSBA #48187          Michael Terasaki, WSBA #51923
5  4115 Roosevelt Way NE, Suite B             4115 Roosevelt Way NE, Suite B
   Seattle, WA 98105                          Seattle, WA 98105
6  (206) 876-8515                             (206) 971-1124
   conrad@wacda.com                           terasaki@wacda.com
7  *Co-Counsel for Plaintiffs*                *Co-Counsel for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 PLAINTIFFS' NOTICE OF APPEAL - 2                    WASHINGTON CIVIL & DISABILITY
   2:18−cv−01512-BJR                                             ADVOCATE
                                                        4115 Roosevelt Way NE, Suite B
                                                            Seattle, WA 98105
                                                              (206) 428-3558

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen C. Willey, WSBA No. 24499
Sarah Gohmann Bigelow, WSBA No. 43634
Savitt Bruce & Willey LLP
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
**Counsel for Defendants**

Conrad Reynoldson, WSBA No. 48187
WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Email: conrad@wacda.com
Phone: (206) 855-3134
**Co-Counsel for Plaintiffs**

Stephen P. Connor, WSBA No. 14305
CONNOR & SARGENT PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Email: steve@cslawfirm.net
Phone: 206-654-5050
**Co-Counsel for Plaintiffs**

Anne Marie E. Sargent, WSBA No. 27160
CONNOR & SARGENT PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Email: aes@cslawfirm.net
Phone: 206-654-4011
**Co-Counsel for Plaintiffs**

*Signed:*
*/S/Michael Terasaki*
Washington Civil and Disability Advocate
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Email: terasaki@wacda.com
Phone: (206) 428-3558

PLAINTIFFS' NOTICE OF APPEAL - 3
2:18−cv−01512-BJR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558