The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLARK LANDIS, ROBERT BARKER, GRADY THOMPSON, and KAYLA BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT, BASEBALL OF SEATTLE, INC., a Washington corporation, MARINERS BASEBALL, LLC, a Washington limited liability company, and THE BASEBALL CLUB OF SEATTLE, LLLP, a Washington limited liability limited partnership,<br><br>Defendants. | NO.   2:18-cv-01512-BJR<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATUS REPORT** |

The Opinion of the Ninth Circuit Court of Appeals vacated this Court's decision on Plaintiffs' comparable-sightlines claim and remanded. ECF-89. In their Status Report, Plaintiffs now request that the Court "issue an opinion consistent with the remand." ECF-94 at 3:12.

The Opinion, however, stated that "[w]e express no opinion at this point as to the ultimate issue—whether the Stadium's sightlines for spectators using wheelchairs are sufficient

DEFENDANTS' RESPONSE TO PLAINTIFFS' STATUS REPORT - 1
(No. 2:18-cv-01512-BJR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

to satisfy the ADA. To properly consider that question, a full analysis of the Accessible Stadiums requirements is needed." *Id.* at 13.

Accordingly, Defendants respectfully submit that further briefing is appropriate and would be beneficial for the Court on this issue.  Defendants concur with Plaintiffs' proposal for a status conference at a time to be determined by the Court.

DATED: December 16, 2022.

**SAVITT BRUCE & WILLEY LLP**

By    */s/ Stephen C. Willey*
    Stephen C. Willey, WSBA #24499
    Sarah Gohmann Bigelow, WSBA #43634
    1425 Fourth Avenue, Suite 800
    Seattle, WA  98101-2272
    Telephone: 206.749.0500
    Facsimile:  206.749.0600
    Email: swilley@sbwllp.com
    Email: sgohmannbigelow@sbwllp.com

*Attorneys for Defendants*

DEFENDANTS' RESPONSE TO PLAINTIFFS' STATUS REPORT - 2
(No. 2:18-cv-01512-BJR)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of December, 2022 at Seattle, Washington.

_____
Rondi A. Greer

CERTIFICATE OF SERVICE
(No. 2:18-cv-01512-BJR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500