The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLARK LANDIS, ROBERT BARKER, GRADY THOMPSON, and KAYLA BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT, BASEBALL OF SEATTLE, INC., a Washington corporation, MARINERS BASEBALL, LLC, a Washington limited liability company, and THE BASEBALL CLUB OF SEATTLE, LLLP, a Washington limited liability limited partnership, <br><br> Defendants. | NO.   2:18-cv-01512-BJR <br><br> **STIPULATED MOTION AND ORDER RE: BRIEFING SCHEDULE** <br><br> NOTE ON MOTION CALENDAR: February 6, 2023 |

## I.   STIPULATION

The parties to the above-captioned action, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. As per the January 4, 2023 telephone conference and the Court's Minute Entry of the same date, the following schedule was set for the parties' briefing regarding remand issues: (a) opening briefs to be filed by February 8, 2023; and (b) responsive briefs to be filed by March 9, 2023.

STIPULATED MOTION AND ORDER RE:
BRIEFING SCHEDULE - 1
(No. 2:18-cv-01512-BJR)

Savitt Bruce & Willey llp
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

2. In order to accommodate scheduling conflicts, the parties are agreed—subject to the Court's approval—to modify the briefing schedule as follows: (a) opening briefs to be filed by February 13, 2023; and (b) responsive briefs to be filed by March 16, 2023.

RESPECTFULLY SUBMITTED this 6th day of February, 2023.

**WASHINGTON CIVIL & DISABILITY ADVOCATE**

By    */s/ Conrad A. Reynoldson*
Conrad A. Reynoldson, WSBA #48187
4115 Roosevelt Way NE, Suite B
Seattle, WA  98105
Telephone: 206.876.8515
Email: conrad@wacda.com

**CONNOR & SARGENT, PLLS**

By    */s/ Stephen P. Connor*
Stephen P. Connor, WSBA #14305
1000 Second Ave, Suite 3670
Seattle, WA  98104
Telephone: 206.654-5050
Email: steve@cslawfirm.net

*Attorneys for Plaintiffs*

**SAVITT BRUCE & WILLEY LLP**

By    */s/ Stephen C. Willey*
Stephen C. Willey, WSBA #24499
Sarah Gohmann Bigelow, WSBA #43634
1425 Fourth Avenue, Suite 800
Seattle, WA  98101-2272
Telephone: 206.749.0500
Email: swilley@sbwllp.com
Email: sgohmannbigelow@sbwllp.com

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER RE:
BRIEFING SCHEDULE - 2
(No. 2:18-cv-01512-BJR)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## II.   ORDER

Based on the foregoing stipulation by the parties, the briefing schedule regarding remand issues is modified as follows:

(a)   opening briefs to be filed by February 13, 2023; and

(b)   responsive briefs to be filed by March 16, 2023.

It is so **ORDERED**.

DATED this 7th day of February, 2023.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE
STIPULATED MOTION AND ORDER RE:
BRIEFING SCHEDULE - 3
(No. 2:18-cv-01512-BJR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

CERTIFICATE OF SERVICE
(No. 2:18-cv-01512-BJR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500