# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CLARK LANDIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE MAJOR LEAGUE BASEBALL STADIUM PUBLIC FACILITIES DISTRICT, *et al.*, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. 18-cv-1512-BJR |

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx  **Decision by Court**. This action came to consideration before the Court on remand from the Court of Appeals for the Ninth Circuit after a bench trial. The issues have been considered and a decision has been rendered.

The Court finds that Plaintiffs have not met their burden to show that the Defendants discriminated against them by not complying with accessibility regulations at T-Mobile Park.

JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS on Plaintiffs' sightline claim.

Dated June 5, 2023.

Ravi Subramanian
Clerk of Court

s/*Serge Bodnarchuk*
Deputy Clerk
